IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTA ROSE JONES,<br><br>　　　　Defendants. | ***E-FILED - 8/12/09*** <br><br>CASE NO.: C-09-00376-RMW<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

　　　　This matter came on regularly for a Case Management Conference on July 17, 2009. Plaintiff failed to appear.  Therefore,

　　　　IT IS HEREBY ORDERED that plaintiff appear on **September 11, 2009 @ 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the Case Management Conference.

　　　　In addition to appearing on September 11, 2009, plaintiff must file by September 4, 2009, a declaration or affidavit under oath explaining why she failed to appear at the Case Management Conference.

　　　　IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR FAILING TO APPEAR, THE CASE WILL BE DISMISSED.

DATED: <u>August 12, 2009</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER TO SHOW CAUSE
CASE NO.: C-09-00376 RMW

1
2  Copy of Order Mailed to:
3  Alberta Rose Jones
   1144 Tangerine Way
4  Sunnyvale, CA 94087
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER TO SHOW CAUSE
CASE NO.: C-09-00376 RMW