1

2

3

4                                              **E-FILED on** __08/20/09__

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12  In re ALBERTA ROSE JONES,              No. C-09-00376 RMW

13              Plaintiff.                  ORDER DENYING APPLICATION FOR A
                                            TEMPORARY RESTRAINING ORDER AND
14                                          ORDERING PLAINTIFF TO SHOW CAUSE
                                            WHY CASE SHOULD NOT BE DISMISSED
15                                          **[Re Docket No. 16]**

16

17

18          Although the instant action lists the State of California as plaintiff, it is clear that Alberta

19  Rose Jones ("Jones") is the party seeking relief from the court.  Jones has moved for a temporary

20  restraining order.  Unfortunately, the papers make little else clear.

21          After reviewing Jones' filings in this case, the court simply cannot make sense of them.  The

22  moving papers, and the succession of declarations that have followed it, fail to make the requisite

23  showing to justify imposition of a temporary restraining order under Federal Rule of Civil Procedure

24  65(b).  The motion is therefore denied.

25  \\

26  \\

27  \\

28

ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDERING PLAINTIFF TO SHOW
CAUSE WHY CASE SHOULD NOT BE DISMISSED—No. C-09-00376 RMW
JAS

**United States District Court**
For the Northern District of California

1    The court has already ordered plaintiff to appear on September 11, 2009 at 9 a.m. and show

2    cause why the case should not be dismissed for failure to appear at a case management conference.

3    Docket No. 34.  The court further orders plaintiff at the same hearing, on September 11, 2009 at 9

4    a.m. in courtroom 6 of this court, to appear and show cause why the case should not be dismissed for

5    failure to state a claim upon which relief can be granted.

6

7

8    DATED:          08/20/09                                          *Ronald M Whyte*

                                                          RONALD M. WHYTE
9                                                          United States District Judge

**United States District Court**
For the Northern District of California

1    **Notice of this document has been` sent to:**

2    **Counsel for Plaintiff:**

3    Alberta Rose Jones
     1144 Tangerine Way
4    Sunnyvale, CA 94087

5    **Counsel for Defendants:**

6

7

8    Counsel are responsible for distributing copies of this document to co-counsel that have not
     registered for e-filing under the court's CM/ECF program.

9

10

11   **Dated:**    _____08/20/09_____                    _____JAS_____
                                                          **Chambers of Judge Whyte**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDERING PLAINTIFF TO SHOW
CAUSE WHY CASE SHOULD NOT BE DISMISSED—No. C-09-00376 RMW
JAS                                                    3