**E-FILED on** __09/05/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ALBERTA ROSE JONES,<br><br>    Plaintiff. | No. C-09-00376 RMW<br><br>ORDER GRANTING REQUEST FOR A CONTINUANCE OF HEARING ON ORDERS TO SHOW CAUSE<br><br>**[Re Docket No. 16]** |

    Although the instant action lists the State of California as plaintiff, it is clear that Alberta Rose Jones ("Jones") is the party seeking relief from the court.

    On August 12, 2009, the court ordered Jones to appear on September 11, 2009 at 9 a.m. and show cause why the case should not be dismissed for failure to appear at a case management conference. Docket No. 34. On August 20, 2009, the court furthered ordered Jones at the same hearing to show cause why the case should not be dismissed for failure to state a claim upon which relief can be granted.

    Jones has submitted two statements in response to the court's order. First, Jones apologizes for missing the case management conference, and appears to attempt to provide some basis for excusing her absence. Second, Jones requests that the hearing on the orders to show cause be

1  postponed until September 25, 2009 so she can attend the California Veteran's Conference on
2  September 11, 2009.  Jones has also moved for an extension of time to pay the court filing fee.
3      The court grants Jones' motion to continue the hearing on the orders to show cause.  The
4  court also grants Jones' motion for an extension of time to pay the filing fee.  Jones is ordered to
5  appear on September 25, 2009 at 9 a.m. and comply with this court's previous orders to show cause.
6  No further continuances shall be granted.

DATED: 9/4/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been` sent to:**

**Counsel for Plaintiff:**

Alberta Rose Jones
1144 Tangerine Way
Sunnyvale, CA 94087

**Counsel for Defendants:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    09/05/09                         JAS
                                    **Chambers of Judge Whyte**